# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 03-04-2000    03-02-00A10:28 RCVD |
| NAME OF SERVER (PRINT) Donald A. Hatch | TITLE Deputy Constable |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 821 Redmond Corpus Christi, Nueces Co. Texas

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   03-04-2000  1028 AM
Date

Signature of Server: Donald A. Hatch #6697

Address of Server: Nueces Constable Pct 2

United States District Court
Southern District of Texas
FILED
MAR 13 2000
MICHAEL N. MILBY CLERK
6.

RONNIE H. POLSTON
CONSTABLE PCT. 2
NUECES CO. TEXAS

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA,

*Plaintiff* v.

**ORIGINAL**

SUMMONS IN A CIVIL CASE

CASE NUMBER: **C-00-071**

ROBERTO J. TORRES,

*Defendant*

TO: (Name and address of defendant)

ROBERTO J. TORRES
821 Redmond
Corpus Christi, Texas 78418

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. H. Cersonsky
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

FEB 2 2 2000

CLERK

DATE

(BY) DEPUTY CLERK