C-00-71

To Whom It May Concern,

United States District Court
Southern District of Texas
FILED

MAR 23 2000

MICHAEL N. MILBY CLERK

I recieved a summons in a civil case number C-00-071 on March 4th, 2000. I have read the Complaint and I humbly ask for a chance to make some sort of payment plan. As of right now I am barbacking at a club and really don't make alot of money. I am however willing to try to repay the debt that is owed.

Sincerly

Roberto J. Jones
321 Redmond
C.C. TX. 78418
(361) 937-1236

Certificate of Service

I, Robert Jones, have mailed a copy to Mr. H. Caronowsky.

1.