IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 0 3 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| V. | § | CIVIL ACTION NO. C-00-71 |
| | § | |
| ROBERTO J. TORRES, | § | |
| Defendant. | § | |

## ORDER SETTING DEADLINES

This case has been referred to the undersigned Magistrate Judge for case management. The defendant has filed an answer. Accordingly, it is hereby **ORDERED** that:

(1) On or before **Monday, April 24, 2000**, the parties shall exchange initial disclosures in accordance with Fed. R. Civ. P. 26.

(2) On or before **Monday, May 22, 2000**, the parties shall file dispositive motions, if appropriate. Responses are due 20 days after the date in movant's certificate of service. Replies are not permitted without leave of court. Legal memoranda in excess of 25 pages, double spaced, may not be filed without leave of court.

(3) If dispositive motions are not filed, the parties shall file their joint pretrial order on or before **Monday, June 5, 2000**. The case will be set for trial thereafter.

ORDERED this 30 day of March, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE