UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR - 3 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| vs. | § § | C.A. No.: C-00-071 |
| | § | (Claim No. C99-27073) |
| ROBERTO J. TORRES, | § § | |
| Defendant. | § | |

## REQUEST FOR ENTRY OF DEFAULT

TO THE HONORABLE MAGISTRATE JUDGE B. JANICE ELLINGTON:

The UNITED STATES OF AMERICA, Plaintiff, requests the Court to enter Default against Defendant, Roberto J. Torres, pursuant to Federal Rule of Civil Procedure 55, and in support would show:

1. Plaintiff filed suit against Defendant on February 22, 2000. Defendant was personally served with a copy of the Citation and Summons on March 2, 2000, by Deputy Constable Donald A. Hatch of Nueces County Constable Precinct 2, which executed summons was filed with the Court on or about March 13, 2000.

2. As of March 31, 1999, no answer has been filed.

For these reasons, the United States of America requests that default be entered in this case.

Respectfully submitted,

By: _M. H. Cersonsky_

M.H. Cersonsky, TBA #04048506, Fed.#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / Fax (713) 840-0038
Attorney in Charge for United States of America

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was sent by certified mail, return receipt requested, on March 31, 2000, to:

Mr. Roberto J. Torres
821 Redmond
Corpus Christi, Texas 78418

_____
M.H. Cersonsky

c:\My Documents\DOJ\Judgments\Default Judgments\Corpus Christi.Forms\R-Torres.Req
Page 2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| Plaintiff, | | |
| vs. | § § | C.A. No.: C-00-071 |
| | | (Claim No. C99-27073) |
| ROBERTO J. TORRES, | § § § | |
| Defendant. | § | |

## ORDER ON REQUEST FOR ENTRY OF DEFAULT

On this day, came on to be heard Plaintiff's Request for Entry of Default against Defendant. Although Defendant was cited to appear and answer herein, he has failed to file an answer within the time allowed by law. Therefore, the Court is of the opinion that Default against Defendant should be entered.

It is, accordingly, ordered, adjudged, and decreed that the Clerk of the Court enter Default against Defendant, Roberto J. Torres.

Signed April ____, 2000, at Corpus Christi, Texas.

_____
Hon. B. Janice Ellington
United States Magistrate Judge