IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Cou__
Southern District of Tex__
FILED
MAY - 4 2000
MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-071 |
| | § | (Claim No C99-27073) |
| | § | |
| ROBERTO J. TORRES, | § | |
| | § | |
| Defendant. | § | |

## MOTION TO DISMISS WITHOUT PREJUDICE

To the Honorable United States Magistrate Judge B. Janice Ellington:

COMES NOW, the UNITED STATES OF AMERICA ("USA"), Plaintiff in the above entitled and numbered cause of action, and asks the Court for an Order Dismissing its claims filed against Defendant, Roberto J. Torres without prejudice, and would respectfully show the Court that all issues in controversy have been compromised and settled.

WHEREFORE, PREMISES CONSIDERED, USA requests that this Court enter an Order Dismissing all claims against Roberto J. Torres, without prejudice to USA's right to refile same and that all costs of Court and attorney's fees are to be borne by the party or parties incurring same.

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA#04048500
U.S. Southern Dist. No. 5082
5065 Westheimer, Ste. 600
Houston, Texas 77056
Tel. (713)840-1492/Fax (713)840-0038
**Attorney for United States of America**

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

10.

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the above and foregoing was mailed by first class mail, on April 29, 2000, to:

Mr. Roberto J. Torres
821 Redmond
Corpus Christi, TX 78418

M. H. Cersonsky

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. C-00-071 |
| | § | (Claim No. C99-27073) |
| ROBERTO J. TORRES, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

ON THIS DAY, came on to be heard Plaintiff's, USA's, Motion to Dismiss claim Against Roberto J. Torres without Prejudice to USA's right to refile same, and after due consideration, the Court notes that Plaintiff's attorneys announced that it has settled the matters in dispute relating to the claim, and that said Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed without prejudice, with all costs of Court and fees assessed against the party incurring same.

SIGNED _____ , 2000, at Corpus Christi, Texas.

_____
Hon. B. Janice Ellington
United States Magistrate Judge