IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | C.A. NO. C-00-71 |
| | § | |
| ROBERTO J. TORRES | § | |

## FINAL JUDGMENT

Final judgment is entered dismissing plaintiff's case without prejudice. All costs of court and fees are assessed against the party incurring them.

ORDERED this ___1___ day of ___June___, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE